COMMONWEALTH of Pennsylvania, Respondent

v.

Paul David WEIMER, Petitioner

No. 292 WAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW,** this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Kevin MITCHELL, Petitioner

No. 286 WAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW,** this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

Andrew J. DSIDA, Respondent

v.

Heather J. ESPOSITO, Petitioner

No. 285 WAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW,** this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**